**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **BRADDIE E. SULLIVAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 1:24-cv-00022** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE HILL** |
| **CONNIE BENSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending this action be dismissed without prejudice because of lack of service of process upon the defendant. (Doc. No. 12). The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 12) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE